**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

PAUL D. GUNDER, : No. 751 MAL 2016
:
      Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
    v. :
:
:
JOHN R. YOST JR., :
:
      Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.